# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Dennis G. McKay, Jr.**

    vs.

**Major Smith, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:07-CV-1081

____  **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S HABEAS PETITION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 10, 2008.

Dated: March 11, 2008

                                                   Clerk of Court

                                                   s/S. Potter
                                                 By: Deputy Clerk